# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
## Civil Action No.: 5:23-cv-00653

| | |
|---|---|
| **KELLY HENKEL, individually and on behalf of all others similarly situated,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**SCIENTIFIC CALIBRATION, INC.,** )<br>)<br>**Defendant.** )<br>) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Named Plaintiff Kelly Henkel, along with Opt-in Plaintiffs Trevor Martin, Jaclyn Logan, Robert Kowalczyk, and Molly Harden, and Defendant Scientific Calibration, Inc. by counsel, stipulate and agree to dismiss this matter *with* prejudice, each party to bear its own costs and attorney's fees.

This 24thh day of March, 2025.

/s/ Corey M. Stanton
Philip J. Gibbons, Jr., NCSB #50276
Corey M. Stanton, NCSB #56255
**GIBBONS LAW GROUP, PLLC**
14045 Ballantyne Corporate Pl., Ste. 325
Charlotte, North Carolina 28277
(704) 612-0038
phil@gibbonslg.com
corey@gibbonslg.com

*Attorneys for Plaintiffs*

/s/ Charlotte C. Smith
Robert A. Sar (N.C. Bar No. 22306)
Charlotte C. Smith (N.C. Bar No. 53616)
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
8529 Six Forks Road
Forum IV, Suite 600
Raleigh, North Carolina 27615
(919) 787-9700
Bob.sar@ogletree.com
Charlotte.smith@ogletree.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, and served upon counsel for the Defendant via the Court's electronic case filing system.

This this 24th day of March 2025.

/s/ Corey M. Stanton
Corey M. Stanton, NCSB #56255
